UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICK THORNS, SR., Individually,
and as Next Friend of PATRICK B.
THORNS, JR., and EDWARD L.
SCOTT, Minors,

    Plaintiff,                                     Case No. 06-10674

v.                                                      Hon.  Sean F. Cox

MADISON DISTRICT PUBLIC
SCHOOLS, a Michigan Incorporated
School District; WILLIAM H. HARRISON,
As Superintendent, and DAVID
HURNEVICH, Individually and in his
official capacity as Madison High
School Assistant Principal, Jointly and
Severally,

    Defendant.
_____/

## ORDER STRIKING BRIEFS AND DENYING
## DEFENDANTS' MOTION TO EXCEED PAGE LIMIT

The following briefs are in violation of the page limitations set forth in Rule 7.1 of the Local Rules for the Eastern District of Michigan:

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED.R.CIV.P.56(c)**

**DEFENDANTS' AMENDED MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED.R.CIV.P.56(c)**

IT IS HEREBY ORDERED that the above briefs [Docket Entry Nos. 32 and 44] are STRICKEN from the record and the Clerk of the Court is directed to annotate the record in the ECF system to indicate the documents are stricken.  DEFENDANTS shall have five (5) days from the date of this order to file a brief in compliance with the Rule.

IT IS FURTHER ORDERED that Defendants' Ex-Parte Motion to Exceed Page Limit, filed on February 5, 2007, is hereby denied.

IT IS SO ORDERED.

S/Sean F. Cox
SEAN F. COX
UNITED STATES DISTRICT JUDGE

Date: February 15, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 15, 2007, by electronic and/or ordinary mail.

S/Timilyn M. Katsaros
Administrative Assistant